IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. CR-03-174-E-BLW |
| | ) | CV-04-382-E-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| LUCIO LOPEZ-PENA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Time Reduction by an Inmate in Federal Custody Under 28 U.S.C. § 2255 (Docket No. 20) filed by LUCIO LOPEZ-PENA is DENIED and Case No. CV-04-382-E-BLW is DISMISSED.

DATED: **April 24, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**